LAWRENCE A. PURITZ, SBN 80555
LAW OFFICES OF LAWRENCE A. PURITZ
PO BOX 935
CHICO, CA  95927
Phone: (530) 343-1614
Fax:     (530) 343-1629
Email:  puritz@sbcglobal.net
           puritzlawoffices@sbcglobal.net

**Attorney for Defendant, SW, a minor**
**by and through her Guardian Ad Litem Aleda White**

## UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| Integon National Insurance Company, <br><br> Plaintiff, <br><br> vs. <br><br> Richard Mohawk; Leslie Mohawk; BM, a minor, through her Guardian Ad Litem Richard Mohawk; SW, a minor, through her Guardian Ad Litem Aleda White; <br><br> Defendants. | Case No.  2:20CV1954MCEKJN <br><br> **ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** <br><br> RULE 202 (Fed. R. Civ. P. 17) |

### ORDER APPOINTING GUARDIAN AD LITEM

Having considered the petition of SW for the appointment of Aleda White as Guardian Ad Litem and good cause appearing therefore, **IT IS HEREBY ORDERED** that Aleda White be appointed as Guardian Ad Litem for SW, a minor and defendant in the above entitled action, and she is authorized to defend the action in the Declaratory Relief Complaint mentioned in the petition.

IT IS SO ORDERED.

Dated:  January 7, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**