Patrick M. Howe (SBN 154669)
pat@patrickhowelaw.com
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
Integon National Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company,<br><br>      Plaintiff,<br><br>  v.<br><br>Richard Mohawk; Leslie Mohawk; BM, a minor, through her guardian ad litem Richard Mohawk; SW, a minor, through her guardian ad litem Aleda White;<br><br>      Defendants. | Case No. 2:20–CV–01954–MCE–KJN<br><br>**Joint Stipulation to Dismissal of Action and Order Thereon** |

On March 29, 2021, the Court issued a minute order directing the remaining parties in this case to file dispositional documents or a status report on or before August 1, 2021. Plaintiff and the remaining defendant, SW, a minor, through her guardian ad litem Aleda White, have now resolved the underlying state court action alleged in the complaint and all settlement documents have been executed. Plaintiff and such defendant therefore stipulate to the Court entering an order dismissing this case without prejudice as to all parties, with each party to bear his or her own fees and costs.

IT IS SO STIPULATED

July 6, 2021                    PATRICK HOWE LAW, APC

                                By: /s/ Patrick M. Howe
                                Patrick M. Howe
                                Attorney for plaintiff Integon
                                National Insurance Company


July 6, 2021                    LAW OFFICES OF LAWRENCE
                                A. PURVITZ

                                By: /s/ Lawrence A. Purvitz
                                Lawrence A. Purvitz
                                Attorneys for defendant SW, a minor,
                                through her guardian ad litem Aleda
                                White

                                Electronic signature authorized on
                                June 28, 2021

**ORDER**

The Court, having considered the above stipulation and finding good cause for the relief requested, hereby **DISMISSES** plaintiff's complaint, without prejudice, each party to bear his or her own fees and costs.

IT IS SO ORDERED.

Dated: July 6, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE